**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                                                  )<br>          Plaintiff,                        )<br>                                                  )<br>vs.                                             )<br>                                                  )<br>George R. Myrick,                     )<br>                                                  )<br>          Defendant.                     )<br>                                                  ) | No.  CR 06-0543-PHX-MHM<br><br>**ORDER**<br><br>(First Request) |

Upon motion of the defendant, and good cause appearing,

**IT IS HEREBY ORDERED** continuing the arraignment currently scheduled for June 7, 2006.

**IT IS FURTHER ORDERED** that arraignment shall be rescheduled when the court is notified that the Defendant is competent to proceed and has been returned to this District.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)(1)(a) and (h)(4) will commence on  June 7, 2006 .

DATED this 5th day of June, 2006.

David K. Duncan
United States Magistrate Judge